ATTACHMENT

# IN THE CIRCUIT COURT
## FOR THE SIXTH JUDICIAL CIRCUIT OF FLORIDA
## IN AND FOR PINELLAS COUNTY

SPRING TERM, 2004

### FELONY INFORMATION

### CRC04-10979CFANO-K

*STATE OF FLORIDA*

    *VS.*

RAMON CLARENCE GREEN
SPN 01120135
B/M; DOB: 10/17/81
SSN: 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

1.   RESISTING AN OFFICER WITH VIOLENCE, 3°F
2.   BATTERY OF A LAW ENFORCEMENT OFFICER, 3°F
3.   DRIVING WHILE LICENSE SUSPENDED OR REVOKED (Felony), 3°F

**IN THE NAME AND BY THE AUTHORITY FOR THE STATE OF FLORIDA:**

BERNIE McCABE, State Attorney for the Sixth Judicial Circuit of Florida, in and for Pinellas County, prosecuting for the State of Florida, in the said County, under oath, Information makes that

RAMON CLARENCE GREEN

in the County of Pinellas and State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did knowingly and willfully resist, obstruct or oppose Michael Weiskopf, who was and who was known by RAMON CLARENCE GREEN to be a duly and legally constituted law enforcement officer of the St. Petersburg Police Department, Pinellas County, Florida, by offering or doing violence to Michael Weiskopf who was lawfully attempting to arrest RAMON CLARENCE GREEN for the offense of Driving While License Suspended or Revoked, the said RAMON CLARENCE GREEN knowing Michael Weiskopf to be in the performance of his duties as a law enforcement officer as aforesaid in his attempt to make such arrest; contrary to Chapter 843.01, Florida Statutes, and against the peace and dignity of the State of Florida. [B5]

*12-10-04 Plea*
*Change of Plea*
*(nolo contendere)*

COUNT TWO

And the State Attorney aforesaid, under oath as aforesaid, further information makes that RAMON CLARENCE GREEN, in the County of Pinellas, State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did actually and intentionally touch or strike James Schafer, a law enforcement officer of the St. Petersburg Police Department, Pinellas County, Florida, against the will of James Schafer, while the said James Schafer was engaged in the lawful performance of his duties, the said RAMON CLARENCE GREEN knowing James Schafer to be a law enforcement officer; contrary to Chapter 784.07/784.03, Florida Statutes, and against the peace and dignity of the State of Florida. [B4]

COUNT THREE

And the State Attorney aforesaid, under oath as aforesaid, further information makes that RAMON CLARENCE GREEN, in the County of Pinellas, State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did knowingly and unlawfully drive a motor vehicle upon the highways of this State during a time period when his driver's license had been canceled, suspended, or revoked; the said RAMON CLARENCE GREEN having been twice previously convicted of Driving While License Suspended or Revoked on July 19, 1999 and February 10, 2000 ; contrary to Chapter 322.34(2), Florida Statutes, and against the peace and dignity of the State of Florida. [T7A]

STATE OF FLORIDA
PINELLAS COUNTY

Personally appeared before me BERNIE McCABE, the undersigned State Attorney for the Sixth Judicial Circuit of Florida, in and for Pinellas County, or his duly designated Assistant State Attorney, who being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which if true, would constitute the offense therein charged; hence this information is filed in good faith in instituting this prosecution, and that he has received testimony under oath from the material witness or witnesses for the offense.

_____
Assistant State Attorney for the Sixth
Judicial Circuit of the State of Florida,
Prosecuting for said State

The foregoing instrument was acknowledged before me
this ___ day of _____, 2004
by _____, who
is personally known to me and who did take an oath.

SP04040995  K-JS:0714pw10

_____
NOTARY PUBLIC

This information encompasses the transaction and all charges listed on Docket Number

Cynthia E. Lee
MY COMMISSION # DD056449 EXPIRES
October 2, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

04-10977CF        Ct 2
04-10980CF        Ct 3 ( 04-0271 DBT)
_____
Assistant State Attorney

also includes citation # 04-0270 DBT

STATE OF FLORIDA, PINELLAS COUNTY
I hereby certify the foregoing is
a true copy as the same appears in
the files and records of this office.
This 23 day of July ___ 08
Clerk of Circuit Court
By: _____

# IN THE CIRCUIT COURT
## FOR THE SIXTH JUDICIAL CIRCUIT OF FLORIDA
## IN AND FOR PINELLAS COUNTY

SPRING TERM, 2004

## AMENDED FELONY INFORMATION

### CRC04-10979CFANO-K

*STATE OF FLORIDA*

    *VS.*

RAMON CLARENCE GREEN
SPN 01120135
B/M; DOB: 10/17/81
SSN: 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

| | |
|---|---|
| 1. | RESISTING AN OFFICER WITH VIOLENCE, 3°F |
| 2. | BATTERY OF A LAW ENFORCEMENT OFFICER, 3°F |
| 3. | DRIVING WHILE LICENSE SUSPENDED OR REVOKED (Felony), 3°F |
| 4. | POSSESSION OF COCAINE, 3°F |

---

*IN THE NAME AND BY THE AUTHORITY FOR THE STATE OF FLORIDA:*

BERNIE McCABE, State Attorney for the Sixth Judicial Circuit of Florida, in and for Pinellas County, prosecuting for the State of Florida, in the said County, under oath, Information makes that

### RAMON CLARENCE GREEN

in the County of Pinellas and State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did knowingly and willfully resist, obstruct or oppose Michael Weiskopf, who was and who was known by RAMON CLARENCE GREEN to be a duly and legally constituted law enforcement officer of the St. Petersburg Police Department, Pinellas County, Florida, by offering or doing violence to Michael Weiskopf who was lawfully attempting to arrest RAMON CLARENCE GREEN for the offense of Driving While License Suspended or Revoked, the said RAMON CLARENCE GREEN knowing Michael Weiskopf to be in the performance of his duties as a law enforcement officer as aforesaid in his attempt to make such arrest; contrary to Chapter 843.01, Florida Statutes, and against the peace and dignity of the State of Florida. [B5]

*12-17-04*
*Change of Plea*
*Nolo Contendere*

## COUNT TWO

And the State Attorney aforesaid, under oath as aforesaid, further information makes that RAMON CLARENCE GREEN, in the County of Pinellas, State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did actually and intentionally touch or strike James Schafer, a law enforcement officer of the St. Petersburg Police Department, Pinellas County, Florida, against the will of James Schafer, while the said James Schafer was engaged in the lawful performance of his duties, the said RAMON CLARENCE GREEN knowing James Schafer to be a law enforcement officer; contrary to Chapter 784.07/784.03, Florida Statutes, and against the peace and dignity of the State of Florida.  [B4]

## COUNT THREE

And the State Attorney aforesaid, under oath as aforesaid, further information makes that RAMON CLARENCE GREEN, in the County of Pinellas, State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did knowingly and unlawfully drive a motor vehicle upon the highways of this State during a time period when his driver's license had been canceled, suspended, or revoked; the said RAMON CLARENCE GREEN having been twice previously convicted of Driving While License Suspended or Revoked on July 19, 1999 and February 10, 2000; contrary to Chapter 322.34(2), Florida Statutes, and against the peace and dignity of the State of Florida.  [T7A]

## COUNT FOUR

And the State Attorney aforesaid, under oath as aforesaid, further information makes that RAMON CLARENCE GREEN, in the County of Pinellas, State of Florida, on the 25th day of June, in the year of our Lord, two thousand four, in the County and State aforesaid, did unlawfully possess and have in his control, a certain controlled substance, to-wit: cocaine; contrary to Chapter 893.13(6), Florida Statutes, and against the peace and dignity of the State of Florida.  [G5]



STATE OF FLORIDA
PINELLAS COUNTY

Personally appeared before me BERNIE McCABE, the undersigned State Attorney for the Sixth Judicial Circuit of Florida, in and for Pinellas County, or his duly designated Assistant State Attorney, who being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which if true, would constitute the offense therein charged; hence this information is filed in good faith in instituting this prosecution, and that he has received testimony under oath from the material witness or witnesses for the offense.



Assistant State Attorney for the Sixth
Judicial Circuit of the State of Florida,
Prosecuting for said State

The foregoing instrument was acknowledged before me this _____ F. PIAZZA _____ JUL 31 2004 _____, 2004 by _____, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC

SP04040995  K-FP/0721SE15

*This _____ sses the trans-
action __ ___ ___ ges listed on Docket
Number  CRC04 10976 CFANO (CT4)

_____
Assistant State Attorney

Charlene Greaves
MY COMMISSION # DD008859 EXPIRES
March 12, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

STATE OF FLORIDA - PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as the same appears among the files and records of this court.
This 23 day of July , 20 08
KEN BURKE
Clerk of Circuit Court
By: _____
Deputy Clerk

# IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT OF FLORIDA
## IN AND FOR PINELLAS COUNTY
### CRIMINAL DIVISION

UCN: 52200_____     Reference No.: _04- 01515 CFANO-K_

STATE OF FLORIDA
         Plaintiff     04-10979 CFANO-K

v. _RAMON GREEN_     04- 0270 CFASO-K

aka _____     04- 6196 CFSASO-K

_# 01120135_ Defendant     04- 6198 CFASO-K

### CHANGE OF PLEA FORM

1. I, _RAMON GREEN_ , Defendant herein, do hereby withdraw my plea of not guilty and enter a plea of (guilty) (nolo contendere) ( no contest) to the charge(s) of _Poss COCAINE (2)_ _FLEE + ELUDING POLICE (2)_ _TMC NOT DISPLAYING_ _RAT CERT DISPLAY W VIO_ in the above-referenced case(s).

2. I understand that the plea of "not guilty" denies my guilt; a plea of "nolo contendere" or "no contest" means that, while I do not admit guilt, I will not contest the evidence against me. I understand that, if the court accepts my change of plea, I give up (waive) my right to a jury trial, and that I will be sentenced as a felony offender, based upon my plea.

3. I understand the charge(s) which has/have been placed against me and to which I am changing my plea. My lawyer has explained to me the elements of the crime(s), and any defenses I may have as well as the maximum penalty for the crime(s) to which I am pleading guilty or no contest, which is _35 yrs 10 yrs DOC_.

4. I understand that the guideline recommendations (will) (will not) be applied to my sentence.

5. I understand that, depending upon the nature of the offense(s) to which I am changing my plea, and/or upon the nature of any prior convictions, I may NOT be eligible for certain credits which shorten the length of the sentence imposed. The credits to which I may NOT be entitled include, but are not limited to, control release date (CRD) credits, and/or award(s) of gain time while I am in prison. I further understand that I may serve more time on my sentence than I would if I were not convicted of offense(s) of a nature such as these.

6. I understand that, if the court accepts my plea, I am hereby giving up (waiving) my right to a public jury trial, the right to require the State to prove the charge(s) against me beyond a reasonable doubt, and the right to see and hear the witnesses against me and to have my lawyer question them. I am also waiving the right to employ any defenses which I may have, the right to subpoena and the right to present witnesses, or other evidence, and the right to testify or remain silent, as I choose. I am waiving the right to have a jury decide whether I am guilty or not guilty.

7. I further understand that, by pleading guilty or no contest, I am hereby waiving my right to appeal the facts of the case. My lawyer has explained to me the meaning of an appeal. I further understand that I have thirty (30) days from this date to appeal the court's sentence and that, if I cannot afford to hire a lawyer to represent me for the purposes of an appeal, one will be appointed for me.

8. I do not require the State to tell the court the facts upon which the charge or charges are based before the court accepts my change of plea.

9. I am entering this plea because I believe it is in my best interest to do so, and it is what I wish to do of my own free will. No one has pressured me or forced me to enter this plea against my will. No one has promised me anything to entice me to change my plea to "guilty" or "no contest"; however, there has been an understanding that my sentence will consist of _____ _27.3 MONTHS DOC_ _CREDIT FOR 125 DAYS ON ALL CHARGES_

Page 2 Change of Plea Form _____ Case Number(s) _____

10. If I am to be placed on probation or community control, I will pay $50.00 per month towards court costs in the amount of $ _____ as ordered by this Court commencing with the first day of probation or community control until paid in full.

11. I agree to restitution in the amount of $ _____. If the amount of restitution is not decided at this time, I hereby waive any right to notice which I may have before such restitution may be imposed. I also waive any right to attend any hearing for such purposes.

12. My attorney has reviewed with me all statutory costs being assessed by the Court, including all mandatory and discretionary costs. My attorney has further advised me that I have a right to have the amount of each discretionary cost and certain mandatory costs individually announced in open court. I hereby waive my right to such individual announcement. I agree to pay all fines and costs, including the fines and costs checked on the attached sheets.

13. I further agree that there will be lien(s) placed against me and/or my real property for any unpaid fines, Public Defenders' fees, costs of prosecution, and court costs.

14. I hereby waive any right I may have to a Pre-Sentence Investigation (PSI), so that I may proceed directly to sentencing.

15. If I am not a citizen of the United States of America, I understand that this criminal proceeding could cause me to be deported to the country of my origin.

16. If I have ever been convicted of or pled to a sexually violent offense, I understand that I may later be subject to a civil commitment proceeding for sexually violent predators.

17. My education consists of _____ years of school. At this time, I am not under the influence of any alcoholic beverage, or other drug or medicine, nor am I suffering from any mental or emotional problems which affect my understanding of this plea form.

18. I have read every word of this written plea form. All blank spaces have been filled in and there are no blank spaces upon my accepting and signing this plea form. I have discussed, with my lawyer, the contents of the plea form, and I understand this written plea form fully. My lawyer has answered any questions which I have had.

19. I am satisfied with my lawyer's advice and help concerning my decision to change my plea, and in all matters pertaining to the above-referenced case(s).

SWORN TO, SIGNED, AND FILED IN OPEN COURT, in the presence of the presiding judge and defense counsel of record, this _17_ day of _____ Dec _____ , _____ .

_____
Defendant

I hereby certify that I am counsel for the above-named Defendant in the above-referenced case(s), that I have explained to my client the elements, evidence, defenses, and rights related to the charge(s) against him/ her. I have further reviewed with my client all statutory fines and costs being assessed against him/her, including all mandatory and discretionary costs. I believe that my client understands the contents and the meaning of this plea form, his/her rights, and the consequences of his/her change of plea, and that he/she is entering this plea freely, voluntarily, and knowingly.

_____
Counsel for Defendant

I hereby find that the above-named Defendant did, on this date, freely, voluntarily, and knowingly change his/her plea in the above-referenced case(s).

_____
Presiding Judge

CtCr116(a,B) (Rev. 01/03/03)                                     NEWclkad39/1/9/03

1

KEN BURKE, CLERK OF COURT
PINELLAS COUNTY FLORIDA
INST# 2005012577 01/11/2005 at 10:13 AM
OFF REC BK: 14056 PG: 2305-2311
DocType:JUD

IN THE CIRCUIT COURT, SIXTH JUDICAL CIRCUIT,
IN AND FOR PINELLAS COUNTY FLORIDA
DIVISION: FELONY

UCN : **522004CF010979XXXXNO**

REF No. : **CRC 04-10979CFANO - K**

OBTS NUMBER _____

STATE OF FLORIDA
VS.

**RAMON CLARENCE GREEN**
Defendant

SPN: 01120135
SS# 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

```
FILED

JAN 0 7 2005

KEN BURKE
CLERK OF CIRCUIT COURT
```

## JUDGMENT

The Defendant, **RAMON CLARENCE GREEN**, being personally before this court represented by **MARK S THELLMAN** the attorney of record, and the state represented by **NICHOLAS DORSTEN, Assistant State Attorney,** and having:

### entered a plea of nolo contendere to the following crimes (s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER (S) | DEGREE OF CRIME |
|-------|-------|---------------------------|-----------------|
| 01 | RESISTING AN OFFICER WITH VIOLENCE | 843.01 | 3F |
| 02 | BATTERY OF A LAW ENFORCEMENT OFFICER | 784.07 | 3F |
| 03 | DRIVING WHILE LICENSE SUSPENDED OR REVOKED (FELONY) | 322.34 | 3F |
| 04 | POSSESSION OF COCAINE | 893.13 | 3F |

**X**   and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is ADJUDICATED GUILTY of the above crime(s).

**X**   and pursuant to s. 943.325, Florida Statutes, having been convicted of any offense or attempted offense contained in ch. 794, ch. 800, s. 782.04, s. 810.02, s. 812.133, or s. 812.135 or any other offense specified in s. 943.325, the defendant shall be required to submit two saliva or blood specimens to FDLE.

(ICD-JDMT-III 11344433)

RETURN TO:
CRIMINAL COURT RECORDS

1



Defendant : RAMON CLARENCE GREEN

UCN : 522004CF010979XXXXNO
REF No. : CRC 04-10979CFANO - K

____ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF
GUILT BE WITHHELD as to Count(s) _____.

Sentence Deferred          ____ The Court hereby defers imposition of sentence until _____.
Until Later Date                                                                                          (Date)
(*Check if Applicable*)

     The Defendant in Open Court was advised of the right to appeal from this Judgment by filing notice of
appeal with the Clerk of the Court within thirty days following the date sentence is imposed or probation is ordered
pursuant to this adjudication. The Defendant was also advised of the right to the assistance of counsel in taking
said appeal at the expense of the State upon showing of indigency.

     DONE AND ORDERED in open court in Pinellas County, Florida on **January 07, 2005.**

JUDGE

### FINGERPRINTS OF THE DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
| | | | | |

Fingerprints taken by:

_____
(Name and Title)

     I HEREBY CERTIFY that the above and foregoing fingerprints on this judgment are the fingerprints of the
defendant, **RAMON CLARENCE GREEN,** and that they were placed thereon by the defendant in my presence in
open court this day.

JUDGE

. Defendant : RAMON CLARENCE GREEN    UCN : 522004CF010979XXXXNO    OBTS Number _____
                                      REF No. : CRC 04-10979CFANO - K

# SENTENCE

### (as to Count **01** )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, **MARK S THELLMAN**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

### It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount of **$630.00**, inclusive of, **$2.00** to the Criminal Justice Education Fund, Investigative Costs in the amount of **$180.00** pursuant to 938.27 F.S.. These assessments are concurrent with CRC 04-01515CFANO Count 1.

The Defendant is **committed to the custody of the Department of Corrections.**

### To Be Imprisoned:

The Defendant is to be imprisoned for a term of **27.3 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

**No Mandatory/Minimum provisions are imposed on this count.**

### Other Provisions:

Please see the last page of this document for other provisions.

(ICD-SENTENCE 11344433)

3

Defendant : RAMON CLARENCE GREEN  UCN : 522004CF010979XXXXNO  OBTS Number _____
REF No. : CRC 04-10979CFANO - K

# SENTENCE

(as to Count **02** )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, **MARK S THELLMAN**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant is **committed to the custody of the Department of Corrections.**

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **27.3 Months**.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**No Mandatory/Minimum provisions are imposed on this count.**

## Other Provisions:

Consecutive/Concurrent As  **It is further ordered that the sentence imposed for this count shall
To Other Counts**  **run concurrent with the sentence set forth in count 1 of this case.**

(ICD-SENTENCE 11344433)

4



Defendant : RAMON CLARENCE GREEN

UCN : 522004CF010979XXXXNO
REF No. : CRC 04-10979CFANO - K

OBTS Number _____

# SENTENCE

### (as to Count 03 )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, **MARK S THELLMAN,** and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant is **committed to the custody of the Department of Corrections.**

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **27.3 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**No Mandatory/Minimum provisions are imposed on this count.**

## Other Provisions:

**Consecutive/Concurrent As**    **It is further ordered that the sentence imposed for this count shall**
**To Other Counts**    **run concurrent with the sentence set forth in count 1 of this case.**

(ICD-SENTENCE 11344433)

Defendant : RAMON CLARENCE GREEN    UCN : 522004CF010979XXXXNO    OBTS Number _____
REF No. : CRC 04-10979CFANO - K

# SENTENCE

## (as to Count 04 )

The defendant, being personally before the court, accompanied by the defendant's attorney of record, **MARK S THELLMAN**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

## It Is the Sentence Of the Court That:

The Defendant is **committed to the custody of the Department of Corrections.**

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **27.3 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**No Mandatory/Minimum provisions are imposed on this count.**

## Other Provisions:

**Consecutive/Concurrent As To Other Counts**    **It is further ordered that the sentence imposed for this count shall run concurrent with the sentence set forth in count 1 of this case.**

(ICD-SENTENCE 11344433)

6



Defendant : RAMON CLARENCE GREEN       UCN : 522004CF010979XXXXNO       OBTS Number _____
                                       REF No. : CRC 04-10979CFANO - K

**Other Provisions: (continued)**

**Jail Credit**

It is further ordered that the defendant shall be allowed a total of 175 Days as credit for time incarcerated before imposition of this sentence.

**Consecutive/Concurrent As to Other Convictions**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run concurrent with the following:
Specific sentences : CRC0401515CFANO,

**It is further ordered that:**

**Restitution is not applicable in this case.**

Restitution to State:

If applicable, you must make payment of any debt due and owing to the state under section 960.17 and 948.03(1)(h) Florida Statutes. The amount of such debt shall be determined by the Court at a later date upon final payment of the Crimes Compensation Trust Fund on behalf of the victim.

In the event the above sentence is to the Department of Corrections, the Sheriff of Pinellas County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing a notice of appeal within 30 days from this date with the clerk of the court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the state on showing of indigency.

In imposing this sentence, the court further orders:
**The defendant shall pay a $7.00 fee to the Pinellas County Sheriff's Office for DNA testing. Pursuant to section 322.055(1), the court hereby directs the Department of Highway Safety and Motor Vehicles to revoke the defendant's driver's license for a period of 2 years. This revocation is concurrent with CRC 04-01515CFANO.**

DONE AND ORDERED in open court at Clearwater, Pinellas County, Florida on **January 07, 2005.**

_____
Judge

STATE OF FLORIDA - PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as the same appears among the files and records of this court.
This ___ day of ____July____ , 20 08
KEN BURKE
Clerk of Circuit Court
By: _____
Deputy Clerk

(ICD-SENTENCE 11344433)

7